IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR MOLINA, | ) | 1:08cv1207 DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| | ) | |
| vs. | ) | (Document 15) |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

On May 12, 2009, the parties filed a stipulation and proposed order to allow Plaintiff an extension of time to file his opening brief. The parties' request is GRANTED. Plaintiff's opening brief SHALL be filed on or before June 15, 2009.

IT IS SO ORDERED.

Dated: **May 12, 2009**       /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1