| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>ELIZABETH FIRER |
| 4 | Special Assistant United States Attorney |
| 5 | 333 Market Street, Suite 1500<br>San Francisco, California 94105 |
| 6 | Telephone:  (415) 977-8937<br>Facsimile:  (415) 744-0134 |
| 7 | E-Mail: Elizabeth.Firer@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| VICTOR MOLINA,           )<br>                         )<br>    Plaintiff,         )<br>                         )<br>        v.               )<br>                         )<br>MICHAEL J. ASTRUE,       )<br> Commissioner of         )<br> Social Security,        )<br>                         )<br>    Defendant.           )<br>_____) | CIVIL NO. 1:08-CV-01207-DLB<br><br>STIPULATION AND ORDER |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including August 19, 2009, to respond to Plaintiff's motion for summary judgment.  This request is being made due to the extremely heavy work load of the undersigned attorney for the Commissioner.  For the months of June and July, she has been responsible for briefing in approximately 26 district court cases and 2 appellate cases.  Further, she has the responsibility to draft the Commissioner's recommendation to the Solicitor General for a writ of certiorari in <u>Vasquez v. Astrue</u>, 547 F.3d 1101 (9th Cir. 2008) after the July 9, 2009, decision of the Ninth Circuit declining en banc review.  This task was unpredictable and involves extremely tight and unavoidable deadlines.

   The undersigned attorney for the Commissioner's heavy schedule has been occasioned, in large

part, by staffing shortages in the Commissioner's regional office. The Commissioner's Office of Regional Chief Counsel recently experienced sudden departures of four senior attorneys, two of whom accepted positions as administrative law judges, which provided only a short time between the offer dates and starting dates. Also, one senior attorney is on extended emergency medical leave, another senior attorney is on extended paternity leave, and a third senior attorney is currently working part-time due to the serious medical condition of a family member. Due to this, the attorneys in this office have experienced an unanticipated increase in workload due to office restructuring and reassignment of over 250 district court cases and approximately 20 Ninth Circuit appeals. The shortage of attorneys able to readily brief cases has eliminated reassigning cases as a method of avoiding extensions.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 21, 2009

/s/ *Marc V. Kalagian*
(As authorized via email)
MARC V. KALAGIAN
Attorney for Plaintiff

Dated: July 21, 2009

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ *Elizabeth Firer*
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **July 22, 2009**          /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE